**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-2246**

———————————

STEPHANIE SHACKLEFORD; JAVIER DIAZ-BEY,

                    Plaintiffs - Appellants,

        v.

RIVERSIDE REGIONAL MEDICAL CENTER,

                    Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Raymond A. Jackson,
District Judge.  (4:11-cv-00127-RAJ-TEM)

———————————

Submitted:  February 16, 2012      Decided:  February 21, 2012

———————————

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Stephanie Shackleford, Javier Diaz-Bey, Appellants Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephanie Shackleford and Javier Diaz-Bey seek to appeal the district court's order dismissing without prejudice their complaint for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii) (2006). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). Because the deficiency identified by the district court—that the complaint did not assert sufficient allegations in support of its legal conclusions—may be remedied by the filing of a complaint that articulates adequate allegations, we conclude that the order Shackleford and Diaz-Bey seek to appeal is neither a final order nor an appealable interlocutory or collateral order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

2

before the court and argument would not aid the decisional process.

DISMISSED